IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAVON GOOD,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**CALIFORNIA STATE PRISON - SOLANO, et al.,**<br><br>　　　　　Defendants. | 2:21-cv-01653 TLN JDP<br><br>~~(PROPOSED)~~ ORDER |

**GOOD CAUSE APPEARING,** Defendant's motion for an administrative relief re-extension of time to file a responsive pleading is granted.  The deadline for Defendant to file a responsive pleading is extended to January 3, 2023.

IT IS SO ORDERED.

Dated:   September 28, 2022　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE